IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07 C 1010 |
| COMCAST CORPORATION; et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

Defendants in the underlying action pending in the Eastern District of Texas (Comcast) (Case No. 2:05 cv 443) seek to enforce a subpoena issued here against Zenith Electronics Corporation (Zenith). That case is a patent infringement action, and defendants, in order to evaluate their exposure, want to know what Zenith, a leading licensor of the technology, charges its licensees. Zenith (despite some very general boilerplate objections) is willing to provide the information, but it does not want that information shared with the parties' in-house counsel. Comcast agrees, but the plaintiff, in the underlying action, Rembrandt Technologies LP (Rembrandt), does not. Rembrandt contends that its chief patent counsel, John Meli, needs to know because he is a decisionmaker who has to be able to evaluate the case.

That appears plausible. Moreover, a protective order has been entered in the Texas case, Meli is subject to it, and he is entitled to review highly confidential documents. We think that is protection enough for Zenith, at least to the extent of disclosing license agreements. The documents requested appear to go further than that, and we are unsure what may be included and how proprietary some of the information may be, or why it is a necessary disclosure if

Meli can review the licenses. For now, then, we grant the motion to compel but limit the disclosures to Meli to the license agreements themselves.

                                                                                       JAMES B. MORAN

                                                                Senior Judge, U. S. District Court

April 25, 2007.